994

No. 1089.  BLOCK ET AL. v. COMPAGNIE NATIONALE AIR FRANCE.  C. A. 5th Cir.  The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1225, Misc.  MALLERY v. MAXWELL, WARDEN, ET AL.;
No. 1238, Misc.  SARGENT v. YEAGER, WARDEN, ET AL.;
No. 1246, Misc.  GRAY v. FIELD, MENS COLONY SUPERINTENDENT, ET AL.;
No. 1250, Misc.  EX PARTE MOHLER;
No. 1256, Misc.  ARNOLD v. HENDRICK, COUNTY PRISONS SUPERINTENDENT;
No. 1263, Misc.  DI PALERMO v. BLACKWELL, WARDEN, ET AL.;
No. 1269, Misc.  SMITH v. NELSON, WARDEN;
No. 1271, Misc.  LANDMAN v. CUNNINGHAM, CORRECTIONS DIRECTOR; and
No. 1274, Misc.  BURTON v. TEXAS.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 638, Misc.  FOSTER v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Motion for leave to proceed in forma pauperis granted.  Certiorari granted limited to question whether the conduct of the police lineup resulted in a violation of petitioner's constitutional rights.  Case transferred to appellate docket.  Thomas C. Lynch, Attorney General of California, and Edward A. Hinz, Jr., and Charles P. Just, Deputy Attorneys General, for respondent.

No. 1126.  PALMER v. NISSEN.  C. A. 1st Cir.  Motion to dispense with printing petition granted.  Certiorari denied.  William B. Mahoney for respondent.